UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
Elizabeth Flemming
aka Elizabeth C. Flemmings
aka Elizabeth Payne
aka Elizabeth C. Flemming
aka Elizabeth N. Payne
aka Elizabeth N. Flemming
aka Elizabeth Nauta Simmons
aka Elizabeth Chaco
aka Elizabeth C. Simmons
aka Elizabeth Chaco Nauta Flemming
aka Elizabeth N. Simmons
aka Elizabeth Chaco Flemming
aka Elizabeth Nauta Payne                            Case No. 25-20252-PDR
                                                     Chapter 13
           Debtor(s)
_____/

## OBJECTION BY CREDITOR TO CONFIRMATION OF PLAN

COMES NOW Secured Creditor, U.S. BANK NATIONAL ASSOCIATION, by and through its undersigned counsel, and files this written objection to confirmation of Debtor(s)'s Proposed Chapter 13 Plan, pursuant to Bankruptcy Rules §3015(f), §9014 and all other applicable provisions of the Bankruptcy Code and as grounds therefor states:

1. On December 18, 2017, Non-Filing Co-Debtor Lincoln Flemming executed and delivered a Promissory Note ("Note") and a Mortgage ("Mortgage") and Debtor executed and delivered a Mortgage, securing payment of the Note in the amount of $59,000.00 to U.S. Bank National Association. The Mortgage was recorded on December 28, 2017 in Instrument No. 114802831 of the Public Records of Broward County, Florida. The loan was transferred to Secured Creditor which granted

Secured Creditor a first lien on the real property located at 9338 Northwest 49th Place, Sunrise, FL 33351 the ("Subject Property") legally described as:

A portion of Tract 48 of the Plat of "Springtree Lakes", as recorded in Plat Book 79, at Page 12 of the Public Records of Broward County, Florida as more particularly described as follows:

Commencing at the northeast corner of said Tract 48; thence North 89 degrees 00' 08" W along the North line of said Tract. A distance of 626.49 feet; thence S 00 degrees 59' 52" W., a distance of 182.17 feet to the point of beginning; thence S 23 degrees 20' 51" W., a distance of 90.19 feet; thence N 66 degrees 39' 09" W., a distance of 18.00 feet; thence North 23 degrees 20' 51" E., a distance of 91.23 feet to a point lying on a circular curve to the left, at which the radius bears N 28 degrees 03' 36" E thence southeasterly along the arc of said curve, having a central angle of 02 degrees 51' 14" and a radius of 362.00 feet, for a distance of 18.03 feet to the point of beginning. Said lands situate, lying and being in the City of Sunrise, Broward County, Florida.

Said parcel a/k/a Unit 4, Building 24 of Stockbridge Lakes of Springtree Lakes, an unrecorded.

2. The amount Secured Creditor's claim as of the date of filing will be set forth in the Secured Creditor's Proof of Claim to be filed on or before the Claims Bar Date, November 12, 2025.

3. The Plan fails to include the Secured Creditor's lien. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due to Secured Creditor is $55.36, whereas the Plan fails to include a pre-petition arrearage amount. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§1322(b)(3) and 1325(a)(5) and cannot be confirmed.

4. The Chapter 13 Plan does not comply with 11 U.S.C. §1325 and 11 U.S.C. §1322 as the Plan fails include Secured Creditor's lien and is not accepted by U.S. BANK NATIONAL ASSOCIATION.

WHEREFORE, Secured Creditor respectfully requests that this Court sustain the objections stated herein and deny confirmation of the Debtor(s)'s Plan, and for such other and further relief as this Court deems just and proper.

DATED this 15th day of September 2025.

                                        Respectfully submitted,

                                        /S/ Seth J. Greenhill
                                        SETH J. GREENHILL, ESQ.
                                        Florida Bar # 97938
                                        PADGETT LAW GROUP
                                        6267 Old Water Oak Road, Suite 203
                                        Tallahassee, FL 32312
                                        (850) 422-2520 (telephone)
                                        (850) 422-2567 (facsimile)
                                        Seth.Greenhill@padgettlawgroup.com
                                        *Attorney for Creditor*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 15th day of September 2025:

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 25-20252-PDR)**

Debtor
Elizabeth Flemming
9338 NW 49th Pl
Fort Lauderdale, FL 33351

Non-Filing Co-Debtor
Lincoln Flemming
9338 Northwest 49th Place
Sunrise, FL 33351

Debtor Attorney
Neil Dhawan
304 Indian Trace - #449
Weston, FL 33326

Trustee
Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

US Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130